Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26288−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark J. Pilatowski
21 Sweetman Lane
West Milford, NJ 07480

April K. Pilatowski
21 Sweetman Lane
West Milford, NJ 07480

Social Security No.:
xxx−xx−3900

xxx−xx−0156

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 7, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 7, 2019
JAN: slm

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 18-26288-RG
Mark J. Pilatowski                                                  Chapter 13
April K. Pilatowski
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2            User: admin                 Page 1 of 2               Date Rcvd: Nov 07, 2019
                                Form ID: 148                Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db/jdb         +Mark J. Pilatowski,    April K. Pilatowski,    21 Sweetman Lane,    West Milford, NJ 07480-2932
cr             +LAKEVIEW LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
517701198      +Lakeview Loan Servicing,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
517701200      +Lyons, Doughty & Veldhuis,    136 Gaither Drive,    Suite 100,    Box 1269,
                 Mount Laurel, NJ 08054-2239
517701202      +MSB Bank,    1797 NE Expressway,    Atlanta, GA 30329-7803
517729464      +Nelnet on behalf of ASA,    PO Box 16129,    ST. Paul, MN 55116-0129
517729358      +Nelnet on behalf of GLHEC,    PO Box 8961,    Madison, WI 53708-8961
517701205      +Pressler, Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517701207     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of NJ Div of Taxation,     Box 245,    Trenton, NJ 08695)
517759792      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2019 00:06:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2019 00:06:56      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
cr              EDI: BL-TOYOTA.COM Nov 08 2019 04:28:00      Toyota Motor Credit Corporation c/o BECKET & LEE L,
                 P.O. Box 3001 Dept.,    Malvern, PA 19355-0701
517801107       EDI: GMACFS.COM Nov 08 2019 04:23:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
517701189      +EDI: GMACFS.COM Nov 08 2019 04:23:00      Ally Financial,    Box 380901,
                 Bloomington, MN 55438-0901
517701190      +EDI: AMEREXPR.COM Nov 08 2019 04:28:00      American Express Bank, FSB,    4315 South 2700 West,
                 Salt Lake City, UT 84184-0002
517756041       EDI: BECKLEE.COM Nov 08 2019 04:23:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517701191      +EDI: BANKAMER2.COM Nov 08 2019 04:28:00      Bank of America, NA,    100 North Tryon Street,
                 Charlotte, NC 28202-4000
517701192      +EDI: CAPITALONE.COM Nov 08 2019 04:28:00      Capital One Bank,    4851 Cox Road,
                 Glen Allen, VA 23060-6293
517773243       EDI: CAPITALONE.COM Nov 08 2019 04:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517701193      +EDI: CHASE.COM Nov 08 2019 04:28:00      Chase/Bank One Card Serv,    Box 15298,
                 Wilmington, DE 19850-5298
517701194      +EDI: WFNNB.COM Nov 08 2019 04:28:00      Comenity Bank,    One Righter Pkwy,    Suite 100,
                 Wilmington, DE 19803-1533
517701195      +EDI: TSYS2.COM Nov 08 2019 04:28:00      DSNB Macy’s,    Box 8218,    Mason, OH 45040-8218
517831230       EDI: Q3G.COM Nov 08 2019 04:23:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
517969485       EDI: ECMC.COM Nov 08 2019 04:23:00      Educational Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
517969486       EDI: ECMC.COM Nov 08 2019 04:23:00      Educational Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408,    Educational Credit Management Corporatio,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
517701196      +EDI: CITICORP.COM Nov 08 2019 04:28:00      Home Depot,    Box 6497,    Sioux Falls, SD 57117-6497
517701197       EDI: IRS.COM Nov 08 2019 04:28:00      Internal Revenue Service,    Box 7346,
                 Philadelphia, PA 19101-7346
517829741       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2019 00:02:37
                 LVNV Funding, LLC its successors and assigns as,     assignee of LendingClub Issuance,
                 Grantor Trust Series 2016-NP1,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517701199      +E-mail/Text: bk@lendingclub.com Nov 08 2019 00:07:14      Lending Club Corp.,    Dept. 34268,
                 Box 39000,    San Francisco, CA 94139-0001
517787923      +EDI: MID8.COM Nov 08 2019 04:28:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517701201      +EDI: MID8.COM Nov 08 2019 04:28:00      Midland Funding LLC,    2365 Northside Drive,    Ste 30,
                 San Diego, CA 92108-2709
517701203       E-mail/Text: electronicbkydocs@nelnet.net Nov 08 2019 00:07:00      NelNet Student Loans,
                 3015 S Parker Road,    Suite 400,    Denver, CO 80201-1649
517819763       EDI: PRA.COM Nov 08 2019 04:23:00      Portfolio Recovery Associates, LLC,    c/o Jc Penney,
                 POB 41067,    Norfolk VA 23541
517828732       EDI: PRA.COM Nov 08 2019 04:23:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
517823008       EDI: PRA.COM Nov 08 2019 04:23:00      Portfolio Recovery Associates, LLC,    c/o Nautilus,
                 POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Nov 07, 2019
                               Form ID: 148             Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517823014        EDI: PRA.COM Nov 08 2019 04:23:00      Portfolio Recovery Associates, LLC,   c/o Pc Richard,
                 POB 41067,    Norfolk VA 23541
517701204       +EDI: PRA.COM Nov 08 2019 04:23:00      Portfolio Recovery Services,   120 Corporate Blvd,
                 Ste 100,    Norfolk, VA 23502-4952
517813178        EDI: Q3G.COM Nov 08 2019 04:23:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517701206       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 08 2019 00:02:34      Regional Acceptance Corp.,
                 1424 E. Fire Tower Road,    Greenville, NC 27858-4105
517701208        EDI: RMSC.COM Nov 08 2019 04:28:00      Syncb/Nautilus,   Box 965036,   Orlando, FL 32896-5036
517701209       +EDI: RMSC.COM Nov 08 2019 04:28:00      Syncb/PC Richard,   Box 965036,   Orlando, FL 32896-5036
517702521       +EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517701210        EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank,   Box 965004,   Orlando, FL 32896-5004
517866353        EDI: BL-TOYOTA.COM Nov 08 2019 04:28:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
517701212       +EDI: WFFC.COM Nov 08 2019 04:28:00      WFFNB/R&F,   Box 14517,   Des Moines, IA 50306-3517
517768743        EDI: WFFC.COM Nov 08 2019 04:28:00      Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517765435        EDI: WFFC.COM Nov 08 2019 04:28:00      Wells Fargo Bank, N.A.,
                 Wells Fargo Education Financial Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517701211       +EDI: WFFC.COM Nov 08 2019 04:28:00      Wells Fargo EFS,   Box 5185,
                 Sioux Falls, SD 57117-5185
                                                                                              TOTAL: 40

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517830236       LAKEVIEW LOAN SERVICING, LLC
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Ralph A Ferro, Jr    on behalf of Joint Debtor April K. Pilatowski ralphferrojr@msn.com
          Ralph A Ferro, Jr    on behalf of Debtor Mark J. Pilatowski ralphferrojr@msn.com
          Robert Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```